| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LAW OFFICES OF DAVID WOLFF LLC**<br>**Attorneys for Trustee**<br>**396 Route 34**<br>**Matawan, New Jersey 07747**<br>**(732) 566-1189**<br>**DW/1993** |
| In Re:<br><br>**MARION L. POLANSKYJ,**<br><br>                                Debtor. |

Order Filed on September 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-22961-RG

Chapter 7 Proceeding

Judge: Hon. Rosemary Gambardella

**ORDER FOR RETENTION OF COUNSEL TO TRUSTEE**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 6, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

**Debtor:**  Marion L. Polanskyj

**Case No. : 17-22961-RG**

**Caption of Order: ORDER FOR RETENTION OF COUNSEL TO TRUSTEE**

___

    Upon consideration of this matter, being opened to the Court by Law Offices of David Wolff LLC upon the annexed Application for retention of attorneys for Trustee ("Trustee"); and it appearing from the Application that the firm of Law Offices of David Wolff LLC represents no interest adverse to the Debtor or the Debtor's estate in the matters upon which they are to be engaged and that their employment is necessary and would be in the best interest of this estate; and good cause appearing therefore, it is hereby

    ORDERED that the Trustee, be and is hereby authorized to retain the firm of Law Offices of David Wolff LLC as his attorneys to represent him in the above-captioned bankruptcy matter, effective the date of the Trustee's appointment; and it is further

    ORDERED that the fees and expenses to the firm of Law Offices of David Wolff LLC, shall be fixed by further Order of the Court.