**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marion L Polanskyj<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5123<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–22961–RG | |

# Order of Discharge                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marion L Polanskyj
aka Marion L Raihl

9/29/17                                                         **By the court:** Rosemary Gambardella
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                             Case No. 17-22961-RG
Marion L Polanskyj                                                 Chapter 7
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 1          Date Rcvd: Sep 29, 2017
                              Form ID: 318                Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
db             +Marion L Polanskyj,    14 Clark Street,    Glen Ridge, NJ 07028-2206
aty            +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
516901765      +Bohdan Polanskyj,    14 Clark Street,    Glen Ridge, NJ 07028-2206
516901767      +JPMorgan Chase Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
516901769      +PNC Bank, N.A.,    c/o KML Law Group, PC,   Sentry Office Plaza,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
516901770      +PNC MORTGAGE,    PO BOX 8703,    DAYTON, OH 45401-8703
516901771       Shellpoint Mortgage Servicing,    P.O. Box 1410,    Troy, MI 48099-1410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2017 23:25:53      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2017 23:25:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516901766      +EDI: CHASE.COM Sep 29 2017 22:58:00      CHASE CARD SERVICES,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
516901768      +EDI: RESURGENT.COM Sep 29 2017 22:58:00      LVNV FUNDING,    PO BOX 10497,
                 GREENVILLE, SC 29603-0497
516901772      +E-mail/Text: bankruptcydept@wyn.com Sep 29 2017 23:26:30      WYND DISCVRY,
                 10750 W CHARLESTON BLVD,    LAS VEGAS, NV 89135-1048
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Law Offices of David Wolff LLC.,    396 Route 34,    Matawan, NJ 07747-7115
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
          David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
          David   Wolff    on behalf of Attorney   Law Offices of David Wolff LLC dwtrustee@verizon.net,
           NJ50@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jonathan C. Schwalb    on behalf of Creditor   FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
           NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
           2015-1 bankruptcy@feinsuch.com
          Robert B Davis    on behalf of Debtor Marion L Polanskyj Rob@davislawcenterllc.com,
           rbdesq@gmail.com;r62529@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```