

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Adam J. Friedman, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for Fay Servicing LLC as servicer for
Wilmington Trust, National Association, not in its
individual capacity, but solely as trustee for MFRA Trust
2015-1
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Marion L. Polansky

Debtor(s)

Order Filed on November 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-22961

CHAPTER: 7

HON. JUDGE.:
ROSEMARY GAMBARDELLA

HEARING DATE:  11/7/2017

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

—

**DATED: November 16, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 207 Tremont Avenue, East Orange, New Jersey 07018

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 207 Tremont Avenue, East Orange, New Jersey 07018; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.