UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, New Jersey  07747
(732) 566-1189
Dw/1993

Order Filed on March 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARION L. POLANSKYJ,

Debtor.

| | |
|---|---|
| Case No.: | 17-22961-RG |
| Judge: | Rosemary Gambardella |
| Chapter: | 7 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  ACCOUNTANT

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: March 29, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

In re:          Marion L. Polanskyj

Case No.:       17-22961-RG

Applicant:      David Wolff

(check all that apply) ☑  Trustee: ☑  Chap. 7        ☐  Chap. 11        ☐  Chap. 13.

                ☐  Debtor: ☐  Chap. 11        ☐  Chap. 13

                ☐  Official Committee of _____


Name of Professional:       Bederson LLP

Address of Professional:    347 Mt. Pleasant Avenue

                            West Orange, New Jersey 07052

                            (973) 736-3333

                            (973) 736-9219 fax


      ☐  Attorney for (check all that apply):

            ☐  Trustee  ☐  Debtor-in-Possession

            ☐  Official Committee of _____

      ☑  Accountant for:

            ☑  Trustee  ☐  Debtor-in-Possession

            ☐  Official Committee of _____

      ☐  Other Professional:

            ☐  Realtor  ☐  Appraiser  ☐  Special Counsel  ☐  Auctioneer

            ☐  Other (specify): _____

_____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity
        noted.

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*