Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−22961−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marion L Polanskyj
   aka Marion L Raihl
   14 Clark Street
   Glen Ridge, NJ 07028

Social Security No.:
   xxx−xx−5123

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Rosemary Gambardella on:

DATE:          August 21, 2018
TIME:          10:00 AM
LOCATION:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:            $57,000.00
TOTAL DISBURSEMENTS:       $499.97
BALANCE ON HAND:           $56,500.03

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
David Wolff Chapter 7 Trustee

COMMISSION OR FEES
$5626.23

EXPENSES
$29.67

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: July 20, 2018
JAN: dlr

                                              Jeanne Naughton
                                              Clerk

Case 17-22961-RG    Doc 52    Filed 07/22/18    Entered 07/23/18 00:44:41    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:
Marion L Polanskyj
    Debtor

Case No. 17-22961-RG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jul 20, 2018
                     Form ID: 192     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.
```
db             +Marion L Polanskyj,    14 Clark Street,    Glen Ridge, NJ 07028-2206
aty            +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
acc            +Bederson LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
516901765      +Bohdan Polanskyj,    14 Clark Street,    Glen Ridge, NJ 07028-2206
516901766      +CHASE CARD SERVICES,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516901767      +JPMorgan Chase Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
516901769      +PNC Bank, N.A.,    c/o KML Law Group, PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
516901770      +PNC MORTGAGE,    PO BOX 8703,    DAYTON, OH 45401-8703
517600295     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
516901771      Shellpoint Mortgage Servicing,    P.O. Box 1410,    Troy, MI 48099-1410
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2018 22:27:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2018 22:27:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516901768      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2018 22:32:32     LVNV FUNDING,
                 PO BOX 10497,    GREENVILLE, SC 29603-0497
517303963       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2018 22:32:33
                 LVNV Funding LLC, c/o Resurgent Capital Services,    P.O. Box 10675,
                 Greenville, SC 29603-0675
516901772      +E-mail/Text: bankruptcydept@wyn.com Jul 20 2018 22:27:37     WYND DISCVRY,
                 10750 W CHARLESTON BLVD,    LAS VEGAS, NV 89135-1048
                                                                                              TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Law Offices of David Wolff LLC.,    396 Route 34,    Matawan, NJ 07747-7115
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:
```
              Adam Jason Friedman    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
               2015-1 bankruptcy@friedmanvartolo.com
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David Wolff    on behalf of Trustee David Wolff dwtrustee@verizon.net, NJ50@ecfcbis.com
              David Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
               2015-1 bankruptcy@feinsuch.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Jul 20, 2018
                              Form ID: 192             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Robert B Davis    on behalf of Debtor Marion L Polanskyj Rob@davislawcenterllc.com,
         rbdesq@gmail.com;r62529@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9