| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | **FILED** JEANNE A. NAUGHTON, CLERK AUG 21 2018 U.S. BANKRUPTCY COURT NEWARK, N.J. BY _____ DEPUTY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) DAVID WOLFF 396 ROUTE 34 MATAWAN, NJ 07747 Chapter 7 Trustee | |
| In Re: POLANSKYJ, MARION L. Debtor. | Case No.: 17-22961-RG Judge: ROSEMARY GAMBARDELLA |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

8-21-18        /s/ Rosemary Gambardella, USBJ

**Page 2**
Debtor: POLANSKYJ, MARION L
Case No.: 17-22961-RG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 5,626.23 is reasonable compensation for the services in this case by DAVID WOLFF, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 29.67 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.