UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
DAVID WOLFF
396 ROUTE 34
MATAWAN, NJ  07747
Chapter 7 Trustee

In Re:

POLANSKYJ, MARION L.

                  Debtor.

**FILED**
JEANNE A. NAUGHTON, CLERK

AUG 2 1 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____
_____DEPUTY

Case No.: 17-22961-RG

Judge: ROSEMARY GAMBARDELLA

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

8-21-18    _____
               USBJ

**Page 2**
Debtor: POLANSKYJ, MARION L
Case No.: 17-22961-RG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ _5,626.23_ is reasonable compensation for the services in this case by DAVID WOLFF, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ _29.67_ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-22961-RG
Marion L Polanskyj                                                                              Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Aug 22, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
db            +Marion L Polanskyj,    14 Clark Street,    Glen Ridge, NJ 07028-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
          Adam Jason Friedman    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
          NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
          2015-1 bankruptcy@friedmanvartolo.com
          Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
          bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          David  Wolff    dwtrustee@verizon.net,  NJ50@ecfcbis.com
          David  Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net,  NJ50@ecfcbis.com
          David  Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Jonathan C. Schwalb    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
          NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
          2015-1 bankruptcy@feinsuch.com
          Robert B Davis    on behalf of Debtor Marion L Polanskyj Rob@davislawcenterllc.com,
          rbdesq@gmail.com;r62529@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                              TOTAL: 9